UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF CALIFORNIA

CHRISTINA LOPEZ on behalf of herself
and all others similarly situated

    *Plaintiffs*,　　　　　　　　　　　Case No. 19-cv-00507-JD

-vs-

SONY INTERACTIVE
ENTERTAINMENT, LLC,

    *Defendant*.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(ii) Plaintiff Christina Lopez, by way of her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

Dated: April 4, 2019

By: */s/ Keith Altman*
**Excolo Law, PLLC**
Keith Altman (SBN 257309)
Solomon Radner (*pro hac vice to be applied for*)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email:
kaltman@excololaw.com
sradner@excololaw.com


**1-800-LAWFIRM**
Ari Kresch (*pro hac vice to be applied for*)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
800-LawFirm
Email:
akresch@1800lawfirm.com